FILED
CLERK, U.S. DISTRICT COURT
SEP 28 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| KENNARD WATKINS,<br><br>    Petitioner,<br><br>v.<br><br>BRUNO STOLC, Warden,<br><br>    Respondent. | Case No. CV 11-5197-JVS (MLG)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, the records on file and the Report and Recommendation of the United States Magistrate Judge. The Court has also conducted a *de novo* review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

Dated: __September 27, 2011__

                                              /s/ James V. Selna
                                        James V. Selna
                                        United States District Judge