JS - 6/ENTER

FILED
CLERK, U.S. DISTRICT COURT

SEP 2 8 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

KENNARD WATKINS,                    )        Case No. CV 11-5197-JVS (MLG)
                                    )
              Petitioner,           )                JUDGMENT
                                    )
         v.                         )
                                    )
BRUNO STOLC, Warden,                )
                                    )
              Respondent.           )
_____)

     IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated:  ____September 27, 2011____


                                    _____
                                    James V. Selna
                                    United States District Judge


ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 2 8 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY