JS - 6/ENTER

FILED
CLERK, U.S. DISTRICT COURT

SEP 28 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| KENNARD WATKINS,              ) | Case No. CV 11-5197-JVS (MLG) |
|         Petitioner,           ) | JUDGMENT |
|              v.               ) | |
| BRUNO STOLC, Warden,          ) | |
|         Respondent.           ) | |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated:     September 27, 2011

_____
James V. Selna
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 28 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY